UNITED STATES COURT OF INTERNATIONAL TRADE      FORM 7

| | |
|---|---|
| StarKist Co.<br><br>                                  Plaintiff,<br><br>           v.<br>United States<br><br>                                  Defendant. | Court No. 14-197<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: August 7, 2022

/s/Michael Roll, Partner, Roll & Harris LLP
_____
Attorney for Plaintiff

1999 Avenue of the Stars, Ste 1100
_____
Street Address

Los Angeles, CA 90067
_____
City, State and Zip Code

310-294-9501
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 14-197 | StarKist Co. | 2506-13-100023 | 231-7439736-6 |
| 14-197 | StarKist Co. | 2506-13-100023 | 231-7439838-0 |
| 14-197 | StarKist Co. | 2506-13-100023 | 231-7440425-3 |
| 14-197 | StarKist Co. | 2506-13-100085 | 231-7441415-3 |
| 14-197 | StarKist Co. | 2506-13-100085 | 231-7441570-5 |
| 14-197 | StarKist Co. | 2506-13-100085 | 231-7441657-0 |
| 14-197 | StarKist Co. | 2506-13-100111 | 231-7442290-9 |
| 14-197 | StarKist Co. | 2506-13-100111 | 231-7442698-3 |
| 14-197 | StarKist Co. | 2506-13-100111 | 231-7442819-5 |
| 14-197 | StarKist Co. | 2506-13-100125 | 231-7443337-7 |
| 14-197 | StarKist Co. | 2506-13-100125 | 231-7443541-4 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.


Dated:   August 8, 2022

                                            Clerk, U. S. Court of International Trade


                                            By:   /s/ Cynthia Love
                                                     Deputy Clerk


(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)